IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RANDY GENTRY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:10cv370-WHA |
| | ) | |
| J. A. KELLER, | ) | (WO) |
| | ) | |
| Respondent. | ) | |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #12), entered on August 3, 2010, the court adopts the Recommendation, and it is hereby

ORDERED that this 28 U.S.C. § 2241 petition for habeas corpus relief is DISMISSED without prejudice, because this case is not ripe for review and because of Gentry's failure to exhaust administrative remedies in accordance with the procedures established by the Bureau of Prisons.

DONE this 25th day August, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE